UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BETTY MUTHURI,

        Plaintiff,                  ORDER

        v.                           Civil No. 11-756 ADM/AJB

FAIRVIEW HEALTH SERVICES and
CHRISTINA MIELKE,

        Defendants.

---

      This action having been filed three months or more ago and service not yet perfected, this court must assume this case has been abandoned or resolved.

      Unless plaintiff provides this court with a summons served upon all parties within 20 days of this date, this case will be dismissed.

February 16, 2012                                s/Ann D. Montgomery

                                                                       _____
                                                                       JUDGE ANN D. MONTGOMERY
                                                                       UNITED STATES DISTRICT COURT